

Kevin A. Carter, Pastor

3808 N. Liberty Street

Canton, Ms. 39046

June 29, 2017

Dear Judge Daniel P. Jordan, III:

I am the Senior Pastor of Canton United Methodist Church in Canton Mississippi. I have had the honor of knowing Mr. Leon Brown for the last four years.

I realize you receive letters all the time from caring and concern family members of defendants, I acknowledge as a pastor that when illegal actions have taken place, consequences must follow.

Mr. Brown has always been kind and respectful to me. He has attended Canton United Methodist Church. I have had the privilege to speak with him spiritually while he has been serving. I have noticed a deeper desire to serve God and do what is right in society. The conversations have been very positive.

Finally, only The Lord and Leon know the final outcome, but I would hope with a strong support system of accountability will enhance the revitalization of Leon in becoming a very productive citizen in a free society.

Sincerely concerned,

Pastor Kevin A. Carter

Honorable Daniel P. Jordan III
United States District Judge
Federal Courthouse
501 East Court Street
Jackson, MS 39201
June 27, 2017

Dear Judge Jordan III,

My name is Sonia Cross-Brown. I am the wife of Leon Brown. I have finally come to terms and realize that my husband has made a terrible decision. I write this letter in support of my husband.
Leon is a very caring, good hearted, loving and supportive husband to me. This is the man I grew up with and decided to marry on June 29, 2013. Why he chose to make such a bad decision, I don't know because he didn't have to. Since September 19, 2016, my entire world has turned upside down. I miss seeing him sitting in his recliner watching the Westerns on TV. I miss him asking me to do an Estimate/ Invoice for the Apartment Complex he was repairing. Often times, he would be discussing the scheduled job assignments for the dump trucks and drivers for the up coming week. Leon was always busy doing an honest day's work.
When I decided to marry Leon, I looked at his heart. He has a pure heart and a giving spirit. This is a man that has always put me before his self, even when we were kids growing up.
Since Leon has been away from me, it's been hard. I have gone through a lot but thanks to my God, Family and Friends, I'm able to keep going. I've had to learn the Trucking business and remain focused on my own job. His older brother has been very helpful to me. He oversees the repairs at the apartment buildings. We are hopeful the business relationship can remain until Leon returns home. Leon has a great deal of responsibility and job opportunities awaiting his return home.
Judge Jordan, it took me a while to get to this point, to hear my husband was part of such a stupid and unlawful situation. This is a man that came home every night and would call me through out the day. There was never a time I called and didn't get him on the line. If you asked me if I thought Leon has learned his lesson, I would say "YES!" During every phone conversation, he mentions how he hates to miss out on spending valuable time with me.  We all make mistake and this is one he wishes he could erase. I believe God is going to use Leon as a mouth piece, to save others from making such a terrible decision. I will continue to pray for my husband in ask my Lord and Savior to bring him home soon, to be the man that God wants him to be.

Sincerely,
Sonia Cross-Brown

Honorable Daniel P. Jordan III
United States District Judge
Federal Courthouse
501 East Court Street
Jackson, MS 39201
June 27, 2017

Dear Judge Jordan III,

My name is Angela Gowdy-Clay. Leon & I grew up together in a small community called The Oil Mill Quarter. He is no stranger to hard work, discipline, & respect for those who have authority over him. His mother was a hard working woman who raised 12 children in her home. She instilled in her children the importance of God, family, & hard work. Leon learned early, that home matters had to be taken care of prior to extra curricular activities. Ms. Lena believed in everyone pulling their fair share. This meant, cleaning the house, helping in the garden, shelling/storing vegetables for the winter months & helping neighbors when they called. He also learned early he couldn't get away with mischief if the elders knew about it. They would inform his mother, who didn't spare the rod or her fist. He has always been respectful, helpful to others, & never expecting anything in return. I've often expressed to him, "You're too easy going!" "You can't help everybody!" "Everybody isn't your friend!" You don't owe folk anything!" "Sometimes you have to say No!" It's very difficult for him to turn his back on others. He feels he needs to come to their rescue. I really feel this ordeal has taught him that you don't truly know an individual until YOU are the one in need of help. There are many, he has helped, who have not come to his rescue.

Some situations, in life, can be mentally devastating, causing us to step outside of who we truly are. All of us have made some bad choices, wishing we could erase them away. GOD is faithful! He causes ALL things to work for our good. I am thankful he gives more chances than I deserve. If my life depended on being forgiven, after just ONE wrong mishap, I would have been dead along time ago. This guy is a good man, just caught up with the wrong people. You might be saying, "He's 50+ years old & should know better!" I said the same thing. What was he thinking? I don't have the answer. If I had to vote if Leon would be an asset or villain to society, I would vote Asset. He is generous, kind, sincere, & ambitious. He has strong work ethics, with many business opportunities awaiting his return home. This work is honest & legal. Please take great consideration of this letter. Everything I have written is the truth. Please give him another chance.

With great sincerity,

Angela Gowdy-Clay

Honorable Daniel P. Jordan III

United States District Judge

Federal Courthouse

501 East Court Street

Jackson, MS 39201

June 27, 2017

Dear Judge Jordan III,

My name is Sonia Cross-Brown. I am the wife of Leon Brown. I have finally come to terms in realized that my husband has made a terrible decision.  I write this letter in support of my husband.

Leon is a very caring, good hearted/ loving and supportive husband to me. This is the man I grew up with in decided to marry on June 29, 2013. Why he choose to make such a bad decision I don't know because he didn't have to. Since this happen on September 19, 2016 my entire world has turned upside down. I'm so use to him sitting in his recliner watching the Western on TV or asking me to do in Estimate/ Invoice for the Apartment Complex he working on, or he might be talking to me about the trucks in what he did on the trucks so the drivers will be ready to go to work the next day. Leon was always busy doing a honest day's work.

When I decided to marry Leon, I looked at his heart. He has a pure heart in a giving spirit. This is a man that has always put me before his self even when we were kids growing up.

Since Leon been away from me it's been hard. I have gone thru a lot but thanks to my God, Family and Friends, I'm able to keep going. I've had to learn the Trucking business and remained focus on my own job. The work from the apartments, his brothers has taken over that to continue the relationship with them so when Leon gets out he will be able to start back with them. The trucks being handle by me and my cousin. Leon will have plenty of work to do when he get out of this foolishness.

Judge Jordan, it took me a while to get to this point, to hear my husband was part of such a stupid and unlawful situation. This is a man that came home every night in would call me thru out the day, it was never a time I couldn't call him in he picked up the phone. Do I believe Leon has learned his lesson from this, Yes I do. We all make mistake and this is one he wish he could erase.  I believe God is going to use Leon as a mouth piece to save others from making such a terrible decision. I will continue to pray for my husband in ask my Lord in Savior to bring him home soon to be the man that God wants him to be.

Sincerely,

Sonia Cross-Brown

Honorable Daniel P. Jordan III
United States District Judge
Federal Courthouse
501 East Court Street
Jackson, MS 39201
June 27, 2017

Dear Judge Jordan III,

I am Eric L. Clay. I have known Leon for the past 5 years. We first met when he started dating my wife's cousin. He was always quiet, well tempered & polite. On one particular evening, we were discussing rental properties & land purchasing. After sharing how it is difficult to hire reliable help for home repairs, he volunteered to come by & take a look at what I needed done. Leon brought his workers over to diagnose the problem, went to Lowes to purchase materials & fixed the problem for free. When I asked him what my bill was, he said nothing. He wouldn't take a single penny from me. He spent the entire day fixing my problem while putting his own jobs aside. I was greatly appreciative & felt terrible that it had taken the entire day to fix my house. Let me please mention that this is a selfless, intelligent & business minded man. He gets up early in the morning to see his jobs through until late evenings. During any given work day, he is called upon by friends & family to help with home maintenance or carpentry work. He never charges them for services. I will never forget his generosity in my time of need.

I can't attest to anything negative about Leon Brown. I do know he has a giant heart for others who are in need. If it's any way possible he can help you out, he will definitely do so. Many in his community have great respect for him. He does so many positive things for his neighbors, family & friends. He deeply loves his wife & desires an opportunity to earn an honest living. I am asking that you will please grant him forgiveness. Allow him the opportunity to prove to you that he is a good man of great integrity & responsibility. I truly feel he has learned that you have to choose your friends wisely.

Thank you for your consideration,

Eric L. Clay

820 North Street
Jackson, MS 39202
601-790-9774 – Phone
601-790-9776 – Fax
kamesha@usassets.net
**Licensed to Practice in MS & LA

Kamesha Brown Mumford, Esq.

June 26, 2017

Honorable Judge Daniel P. Jordan, III
United States District Judge
Federal Courthouse
501 East Court Street
Jackson, MS 39201

RE:   Leon Brown

Dear Judge Jordan:

I write to you on behalf of my uncle, Leon Brown. Although I know that Leon has made some terrible decisions, he has been a loving, supportive uncle to me, and I felt compelled to offer some examples to the Court.

My earliest memories of Leon are of him spending time reading to me when I visited my paternal grandmother. His calming, quiet spirit was very similar to that of my dad, and I enjoyed our time together. Even as an adult, he has always been there to help me, whether I needed him to help with repairs at my office or to help my maternal grandparents with projects around their home.

A few years ago, my dad was appointed to lead a church that had very few members and needed many repairs. I called Leon, as I have done many times before, and he made sure that the work was completed within the week. He would also attend services at the church and provide financial support to the ministry. He has remained on the prayer list since his incarceration, and we pray for him at prayer meeting, as well as, during Sunday service.

Although I am surprised and very disappointed with some of the choices that he has made, I believe that Leon is still the caring, compassionate, and giving person that I know and love. Prior to her death, my paternal grandmother made it clear to her children and grandchildren, that we were to always love one another, even in situations such as this. Although it has not been easy, my family has remembered her request, and will support and love Leon, despite his faults. We will continue to pray that God will restore him to the man he was created to be.

Sincerely,

*Kamesha B. M...*
Kamesha B. Mumford

Honorable Daniel P. Jordan III
United States District Judge
Federal Courthouse 501 East Court Street
Jackson, MS 39201

June 26, 2017

Your Honor,

My name is Gabriel Cartlidge, and I am the oldest child of Mr. Leon Brown. While I recognize that my father has made a very unfortunate decision, I am submitting this letter in support of him.

My father has his flaws, as we all do, but his good characteristics certainly outweigh the bad. He has always been a very giving person, and I can personally attest to this, even in my adult life. After I graduated from college, I had a very difficult time finding a job in my field of study, Civil Engineering. While working as a substitute teacher and having no medical insurance, my appendix ruptured, which required major surgery and kept me in the hospital for almost a month. Without hesitation, my father took on the responsibility of paying any personal bills, including my car and phone payments, prescription costs, and doctor visits' costs. He told me that I was just starting my adult life's journey, so he would ensure that I would not have a diminishing credit score, which could greatly hinder me in securing my and potential family's financial future.

Once I was well enough, I was in desperate need to obtain employment in order to pay my oncoming bills; and my dad created opportunities for me to earn money, knowing I was too prideful to take a handout and wanted to pay him back. I would oversee and assist with projects in which he was invested, which greatly helped in keeping me ahead with covering my extensive expenses. This is just a small portion and just shows the type of person and father he is, even to his adult children--he would give his last to secure our futures.

While talking with my father, I have seen that he has shown consistent remorse for his actions and does not want to ever again put himself in a negative position that would keep him away from his family. He now has five loving grandchildren and has said on numerous occasions that he does not want to miss anymore stages of growth for each and every one of them. Our entire family is dedicated to supporting my father in not repeating this behavior, and I am most confident that he will come out of this and will continue to be a valuable member of our family and society.

Should you need to verify any of my statements above, please feel free to contact me at (601) 863-9494.


Sincerely,

Gabriel Cartlidge, Son

Honorable Daniel P. Jordan III
United States District Judge
Federal Courthouse
501 East Court Street
Jackson, MS 39201
June 31, 2017

Dear Judge Jordan III:

I am Melissa Reese, I have known Leon Brown around 5 years. I had a working relationship with him. Leon provided debris cleanup and other services of that nature. He has always been professional and task oriented. A true business man at heart. He would even do extra sometimes as a way of helping to reduce my cost when my funds fell short. This is something he didn't have to do, but he did anyway. I recognized through, conversations with him that he's a man that love his family, even though he's not a man of a lot of words. I never thought he was perfect but a hard worker that got the job completed.

I believe that some times we can try too hard to provide for our family. I'm not making any excuses for Leon, but at some point in our lives, everyone needs a chance or an opportunity to show that they are willing to do better, or thrive for self improvement. So I'm asking for your consideration that Leon has some redeemable qualities and potential to learn from his mistakes.

Thanks in Advance,

*Melissa Reese*
Melissa Reese

Daniel P. Jordan III
United States District Judge
501 E. Court Street
Jackson, MS 39201

August 1, 2017

Dear Judge Jordan;

I appreciate the opportunity to be writing to you on behalf of Mr. Leon Brown. This is my first time doing this and I respectfully appreciate your understanding in reading my letter. I had the pleasure of meeting Mr. Brown in 2010. I found him to be a very quiet, but friendly man. Over the years, I have gotten to see a better side of him. He has become an outgoing, business savvy, dependable and loving person, and is willing to help anyone in need in any way possible. During this time, he became a God-fearing man, and a loving husband.

I know he has committed a crime and takes full responsibility for his actions. My hope is that the court is lenient in his sentencing and consider all the good things Mr. Brown has done. I am prayerful that on sentencing day you give a generous balance of mercy and justice in this case.

Thank you for taking time out of your already busy schedule to read my letter.

Respectfully,

Tiffany Stanford